DANIEL J. BRODERICK, Bar #89424
Federal Defender
Matthew C. Bockmon, Bar #161566
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RICARDO PLASCENCIA-DEANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-12-350 LKK |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| v. | |
| RICARDO PLASCENCIA-DEANDA, | Date: November 27, 2012 |
| Defendant. | Time: 9:15 a.m. |
| | Judge: Lawrence K. Karlton |

It is hereby stipulated and agreed to between the United States of America through Nirav K. Desai, Assistant U.S. Attorney, and defendant, RICARDO PLASCENCIA-DEANDA, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the change of plea hearing set for Wednesday, November 14, 2012, be vacated and a new change of plea hearing date of Tuesday, November 27, at 9:15 a.m., be set.

The reason for this continuance is because defense counsel needs additional time to consult with the client.

It is further stipulated that the time period from the date of this stipulation, November 2, 2012, through and including the date of the new change of plea hearing, November 27, 2012, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense

/ / /

/ / /

counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: November 2, 2012

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |

By:

 */s/ Matthew C. Bockmon for*                    */s/ Matthew C. Bockmon*
NIRAV K. DESAI                                          MATTHEW C. BOCKMON
Assistant U.S. Attorney                              Assistant Federal Defender
Attorney for United States                         Attorney for Defendant
                                                                  RICARDO PLASCENCIA-DEANDA

## O R D E R

Based on the reasons set forth in the stipulation of the parties filed on November 6, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the change of plea hearing currently scheduled for Wednesday, November 14, 2012, be vacated and that the case be set for **Tuesday, November 27, 2012, at 9:15 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' November 6, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, November 2, 2012, through and including November 27, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: November 5, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT